JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEANCARLO JOSE ORDUNA MINAYA,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, ETC., ET AL.,<br>Respondents. | No. ED CV 26-4481-E<br><br>JUDGMENT |

Pursuant to the "Order for Entry of Judgment," it is adjudged that the Petition is denied and dismissed with prejudice.

DATED: September 3, 2026

CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE